AL:MTK
F. #2017R00319

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

XHEVAT GOCAJ,
     also known as "John Gocaj,"

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. <u>17-404 (S-3) (KAM)</u>
(T. 31, U.S.C., §§ 5317(c)(1)(A),
5317(c)(1)(B), 5324(b)(1) and
5324(d)(1); T. 18, U.S.C., §§ 2 and
3551 <u>et seq.</u>; T. 21, U.S.C., § 853(p))

THE UNITED STATES ATTORNEY CHARGES:

<u>CURRENCY REPORTING VIOLATION</u>

      1.     In or about May 2017, within the Eastern District of New York and elsewhere, the defendant XHEVAT GOCAJ, also known as "John Gocaj," together with others, did knowingly and intentionally, and for the purpose of evading the report requirements of Title 31, United States Code, Section 5331, and one or more regulations promulgated thereunder, cause and attempt to cause a nonfinancial business, to wit: Il Tinello Ristorante, to fail to file one or more reports required under Title 31, United States Code, Section 5331, and one or more regulations promulgated thereunder, to wit: a Financial Crimes Enforcement Network Form 8300, in violation of Title 31, United States Code, Section 5331(a)(1) and Title 31, Code of Federal Regulations, Section 1010.330.

      (Title 31, United States Code, Sections 5324(b)(1) and 5324(d)(1); Title 18, United States Code, Sections 2 and 3551 <u>et seq.</u>)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 31, United States Code, Section 5317(c)(1)(A), which requires any person convicted of such offense to forfeit any property, real or personal, involved in such offense, or any property traceable to such property.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 31, United States Code, Section 5317(c)(1)(B), to seek forfeiture of

3

any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 31, United States Code, Sections 5317(c)(1)(A) and 5317(c)(1)(B); Title 21, United States Code, Section 853(p))

*[signature: Richard P. Donoghue]*
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. # 2017R00319  
FORM DBD-34  
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*Xhevat Gocaj,*

Defendant.

## INFORMATION

( T. 31, U.S.C., §§ 5324(b)(1), 5324(d)(1), 5317(c)(1)(A), and 5317(c)(1)(B); T. 18, U.S.C., §§ 2 and 3551 et seq.; T. 21, U.S.C., § 853(p) )

*A true bill.*

_____

*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____

*Clerk*

*Bail, $* _____

*Michael T. Keilty, Assistant U.S. Attorney (718) 254-7528*